Rory C. Quintana (SBN 258747)
QUINTANA HANAFI, LLP
870 Market St., Ste. 1115
San Francisco, CA 94102
Tel. 415-504-3121
Fax 415-233-8770
rory@qhplaw.com

Andrew Dimitirou (SBN 187733)
DIMITRIOU & ASSOCIATES, PC
351 California St., Ste. 300
San Francisco, CA 94104
Tel. 415-434-1144
Fax 415-434-1155
andrew@dimitrioulaw.com

*Attorneys for Plaintiff Christos Tryfonas*

Lynne Hermle (SBN 99779)
Hannah Withers (SBN 292648)
ORRICK HERRINGTON & SUTCLIFFE, LLP
1000 Marsh Road
Menlo Park, CA 94025
Tel. 650-614-7422
Fax 650-614-7401
lchermle@orrick.com
hwithers@orrick.com

*Attorneys for Defendant Splunk Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOS TRYFONAS, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SPLUNK INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 3:17-CV-01420-HG<br><br>**STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiff CHRISTOS TRYFONAS ("Plaintiff") and Defendant SPLUNK INC. ("Defendant") (collectively, the "Parties"), by and through their attorneys of record:

WHEREAS, on May 18, 2017, the Court set an Initial Case Management Conference for June 20, 2017;

WHEREAS, Defendant's counsel will be at a deposition scheduled prior to the May 18, 2017 order.

WHEREAS, the Parties agree that no party would be prejudiced by a 7-day continuance of the Initial Case Management Conference.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

That the Initial Case Management Conference currently set for June 20, 2017, and all related deadlines, be continued to a date convenient for the Court on or after June 27, 2017.

Dated: June 13, 2017

*/s/ Hannah Withers*
HANNAH WITHERS
ORRICK, HERRINGTON & SUTCLIFFE, LLP Attorneys for Defendant
SPLUNK INC.

Dated: June 13, 2017

*/s/ Rory C. Quintana*
RORY C. QUINTANA
QUINTANA HANAFI, LLP, Attorneys for Plaintiff
CHRISTOS TRYFONAS

## **ORDER**

The Case Management Conference, currently set for June 20, 2017, is continued to June 27, 2017.

IT IS SO ORDERED.

Dated: June 14, 2017

*Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM JR.