Rory C. Quintana (SBN 258747)
QUINTANA HANAFI, LLP
870 Market St., Ste. 1115
San Francisco, CA 94102
Tel. 415-504-3121
Fax 415-233-8770
rory@qhplaw.com

Andrew Dimitirou (SBN 187733)
DIMITRIOU & ASSOCIATES, PC
351 California St., Ste. 300
San Francisco, CA 94104
Tel. 415-434-1144
Fax 415-434-1155
andrew@dimitrioulaw.com

*Attorneys for Plaintiff Christos Tryfonas*

Lynne Hermle (SBN 99779)
Shannon Seekao (SBN 267536)
ORRICK HERRINGTON & SUTCLIFFE, LLP
1000 Marsh Road
Menlo Park, CA 94025
Tel. 650-614-7422
Fax. 650-614-7401
lchermle@orrick.com
sseekao@orrick.com

*Attorneys for Defendant Splunk, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOS TRYFONAS,** an individual,<br><br>Plaintiff,<br><br>v.<br><br>**SPLUNK, INC.,** a Delaware corporation; and **DOES 1 through 10**, inclusive, | Case No. 4:17-cv-01420-HSG<br><br>**STIPULATION TO EXTEND DEADLINES AND ORDER FOR: DISCOVERY CUT-OFF, EXPERT DISCLOSURES, EXPERT DISCOVERY, DISPOSITIVE MOTIONS, PRE-TRIAL CONFERENCE AND TRIAL DATE** |

- 1 -

WHEREAS Defendant Splunk, Inc. (herein "Defendant") filed a Motion to Dismiss Plaintiff Christos Tryfonas' (herein "Plaintiff") Complaint in its entirety on June 7, 2017, to be heard on August 24, 2017.

WHEREAS, on August 23, 2017, the Court took the Motion to Dismiss under submission, vacating the August 24, 2017 hearing, and stating that a written order would be provided.

WHEREAS, to date, the Court has not issued a written order as to Defendant's Motion to Dismiss.

WHEREAS, the Parties have not yet begun discovery while awaiting the Court's decision on the Motion to Dismiss.

WHEREAS, the Parties have discussed but delayed Alternative Dispute Resolution while awaiting the Court's decision on the Motion to Dismiss.

WHEREAS on October 5, 2017, the Parties agreed to extend deadlines as follows: (1) Discovery Cut-Off, currently scheduled for December 1, 2017 to February 1, 2018; (2) Expert Disclosures, currently scheduled for December 15, 2017 to February 15, 2018; (3) Expert Discovery Cut-Off, currently scheduled for January 19, 2018 to March 19, 2018; (4) Last Date to Hear Dispositive Motions, currently scheduled for March 8, 2018 at 2:00 p.m. to May 10, 2018 at 2:00 p.m.; (5) the Pre-Trial Conference, currently scheduled for June 5, 2018 at 3:00 p.m. to August 7, 2018 at 3:00 p.m.; and, (6) Trial, currently scheduled for June 18, 2018 at 8:30 a.m. to August 20, 2018 at 8:30 a.m.

WHEREAS The parties respectfully request the Court enter an order that current deadlines listed above be extended as agreed to by the parties.

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants through their designated counsel that the above scheduling changes be granted and entered by the Court.

IT IS SO STIPULATED.

- 2 -

*Tryfonas v. Splunk Inc.* CAND Case No.4:17-cv-01420-HSG
Stipulation to Extend Deadlines and Order For: Discovery Cut-Off, Expert Disclosures, Expert Discovery, Dispositive Motions, Pre-Trial Conference and Trial.

Dated: October 11, 2017                          QUINTANA HANAFI, LLP


                                                 By: __/s/*Rory C. Quintana*_____
                                                       Rory C. Quintana
                                                       *Attorney for Plaintiff Christos Tryfonas*


Dated: October 11, 2017                          ORRICK HERRINGTON & SUTCLIFFE


                                                 By: __*/s/Lynne Hermle*_____
                                                       Lynne Hermle
                                                       *Attorney for Defendant Splunk, Inc.*


**Filer's Attestation:** I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

                                                 By: __/s/*Rory C. Quintana*_____
                                                       Rory C. Quintana

*Tryfonas v. Splunk Inc.* CAND Case No.4:17-cv-01420-HSG
Stipulation to Extend Deadlines and Order For: Discovery Cut-Off, Expert Disclosures, Expert Discovery, Dispositive Motions, Pre-Trial Conference and Trial.

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. The proposed deadlines as described above shall be granted.

IT IS SO ORDERED

Dated: October 13, 2017

_____
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

- 4 -

*Tryfonas v. Splunk Inc.* CAND Case No.4:17-cv-01420-HSG
Stipulation to Extend Deadlines and Order For: Discovery Cut-Off, Expert Disclosures, Expert Discovery, Dispositive Motions, Pre-Trial Conference and Trial.