LYNNE C. HERMLE (STATE BAR NO. 99779)
KEVIN WHITTAKER (STATE BAR NO. 224700)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401
lchedrmlet@orrick.com
kwhittaker@orrick.com
sseekao@orrick.com

Attorneys for DefendantSplun
SPLUNK, INC.

RORY C. QUINTANA (STATE BAR NO. 258747)
QUINTANA HANAFI, LLP
870 Market Street, Suite 1115
San Francisco, CA 94102
Telephone: (415) 504-3121
Facsimile: (415) 233-8770
rory@qhplaw.com

Attorneys for Plaintiff
CHRISTOS TRYFONAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOS TRYFANOS, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>SPLUNK, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 4:17-CV-01420-HSG<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; AND ORDER** |

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | Plaintiff Christos Tryfonas and Defendant Splunk, Inc. (collectively, the "Parties"), by and |
| 3 | through their respective counsel, represent and stipulate to the following: |
| 4 | 1. On January 24, 2018, the Court set a case management conference for |
| 5 | February 27, 2018 at 2:00 PM in the above-entitled Court. |
| 6 | 2. Per the accompanying Declaration of Kevin Whittaker in Support of this |
| 7 | Stipulation, trial counsel for Defendant Splunk, Inc., Lynne C. Hermle and Kevin Whittaker, are |
| 8 | unavailable to attend the case management conference set for February 27, 2018. That day, they |
| 9 | are both scheduled to appear at a mediation in Orange County, California. |
| 10 | 3. The parties' respective counsel met and conferred and by way of this stipulation |
| 11 | agreed to continue the case management conference from February 27, 2018 to March 6, 2018, or |
| 12 | as soon thereafter as is convenient for the Court. |
| 13 | 4. No prior continuances of the case management conference have been requested. |
| 14 | 5. Continuing the case management conference will not affect the schedule of this |
| 15 | case, as no other dates are currently set. |
| 16 | IT IS SO STIPULATED. |

Dated: January 31, 2018

LYNNE C. HERMLE
KEVIN WHITTAKER
Orrick, Herrington & Sutcliffe LLP

By: */s/ Kevin Whittaker*
KEVIN WHITTAKER
Attorneys for Defendant
SPLUNK, INC.

Dated: January 31, 2018

RORY C. QUINTANA
Quintana Hanafi, LLP

By: */s/ Rory C. Quintana*
Rory C. Quintana
Attorneys for Plaintiff
CHRISTOS TRYFONAS

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Plaintiff Christos Tryfonas and Defendant Splunk, Inc. (collectively, the "Parties"), |
| 3 | through their respective counsel, have stipulated to continue the February 27, 2018 case |
| 4 | management conference in the above-captioned matter. Based on the Parties' stipulation, and |
| 5 | good cause appearing, the February 27, 2018 case management conference is hereby vacated and |
| 6 | is continued to March 6, 2018 at 2:00 p.m. |
| 7 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |

Dated: February 1, 2018

*/s/ Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge