1  LYNNE C. HERMLE (STATE BAR NO. 99779)
   KEVIN WHITTAKER (STATE BAR NO. 224700)
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
3  Menlo Park, California  94025
   Telephone:	650-614-7400
4  Facsimile:	650-614-7401
   lchermle@orrick.com
5  kwhittaker@orrick.com

6  Attorneys for Defendant
   SPLUNK, INC.
7
   RORY C. QUINTANA (STATE BAR NO. 258747)
8  QUINTANA HANAFI, LLP
   870 Market Street, Suite 1115
9  San Francisco, CA  94102
   Telephone:  (415) 504-3121
10 Facsimile:  (415) 233-8770
   rory@qhplaw.com
11
   Attorneys for Plaintiff
12 CHRISTOS TRYFONAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOS TRYFANOS, an individual,<br><br>            Plaintiff,<br><br>   v.<br><br>SPLUNK, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 4:17-CV-01420-HSG<br><br>**REVISED STIPULATION RE SCHEDULING; AND ORDER** |

Pursuant to the Court's July 18, 2018, Order, the Parties hereby stipulate to the following scheduling order:

| Event | Date |
|---|---|
| Close of Fact Discovery | November 15, 2018 |
| Dispositive Motion Hearing Date | November 29, 2018 |
| Exchange of Opening Expert Reports | December 15, 2018 |
| Exchange of Rebuttal Expert Reports | January 15, 2019 |
| Close of Expert Discovery | February 1, 2019 |
| Pretrial Conference | February 26, 2019 |
| Jury Trial | March 18, 2019 |

Dated: August 6, 2018

LYNNE C. HERMLE
KEVIN WHITTAKER
Orrick, Herrington & Sutcliffe LLP

By: */s/ Kevin Whittaker*
KEVIN WHITTAKER
Attorneys for Defendant
SPLUNK, INC.

Dated: August 6, 2018

RORY C. QUINTANA
Quintana Hanafi, LLP

By: */s/ Rory C. Quintana*
Rory C. Quintana
Attorneys for Plaintiff
CHRISTOS TRYFONAS

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 6, 2018

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

4146-7558-4534.1