LYNNE C. HERMLE (STATE BAR NO. 99779)
KEVIN WHITTAKER (STATE BAR NO. 224700)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:    650-614-7400
Facsimile:    650-614-7401
lchermle@orrick.com
kwhittaker@orrick.com

Attorneys for Defendant
SPLUNK, INC.

RORY C. QUINTANA (STATE BAR NO. 258747)
QUINTANA HANAFI, LLP
870 Market Street, Suite 1115
San Francisco, CA  94102
Telephone:  (415) 504-3121
Facsimile:  (415) 233-8770
rory@qhplaw.com

Attorneys for Plaintiff
CHRISTOS TRYFONAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOS TRYFANOS, an individual,<br><br>            Plaintiff,<br><br>   v.<br><br>SPLUNK, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 4:17-CV-01420-HSG<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; AND ORDER** |

# NOTICE OF SETTLEMENT

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff CHRISTOS TRYFANOS ("Plaintiff") and Defendant SPLUNK, INC. ("Defendant") have reached a settlement in the above-referenced case. A formal settlement agreement has been approved and executed by the parties. Once the conditions thereunder are satisfied, an executed Stipulation of Dismissal with prejudice of the entire action will be filed. The parties estimate that the Action will be resolved through stipulated dismissal by December 31, 2018. The parties therefore request that the case management conference set for December 11, 2018 at 3:00 PM be continued until after December 31, 2018.

Respectfully submitted,

Dated: December 11, 2018
LYNNE C. HERMLE
KEVIN WHITTAKER
Orrick, Herrington & Sutcliffe LLP

By: */s/ Kevin Whittaker*
KEVIN WHITTAKER
Attorneys for Defendant
SPLUNK, INC.

Dated: December 11, 2018
RORY C. QUINTANA
Quintana Hanafi, LLP

By: */s/ Rory C. Quintana*
Rory C. Quintana
Attorneys for Plaintiff
CHRISTOS TRYFONAS

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Telephonic Conference for December 11, 2018 at 3:00 PM shall be continued to January 8, 2019 at 3:00 p.m.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated:  December 11, 2018

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge