LYNNE C. HERMLE (STATE BAR NO. 99779)
KEVIN WHITTAKER (STATE BAR NO. 224700)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:     650-614-7400
Facsimile:      650-614-7401
lchermle@orrick.com
kwhittaker@orrick.com

Attorneys for Defendant
SPLUNK, INC.

RORY C. QUINTANA (STATE BAR NO. 258747)
QUINTANA HANAFI, LLP
870 Market Street, Suite 1115
San Francisco, CA  94102
Telephone:  (415) 504-3121
Facsimile:  (415) 233-8770
rory@qhplaw.com

Attorneys for Plaintiff
CHRISTOS TRYFONAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOS TRYFANOS, an individual,<br><br>   Plaintiff,<br><br> v.<br><br>SPLUNK, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No. 4:17-CV-01420-HSG<br><br>**STIPULATION FOR DISMISSAL AND ORDER** |

TO THE COURT AND ALL PARTIES OF RECORD:

Plaintiff, CHRISTOS TRYFONAS, by and through his attorneys of record, and Defendant, SPLUNK, INC., by and through its attorneys of record, hereby stipulate to the dismissal of this action with prejudice, each party to bear its own attorneys fees and costs.

Dated: December 20, 2018

LYNNE C. HERMLE
KEVIN WHITTAKER
Orrick, Herrington & Sutcliffe LLP

By: /s/ Kevin Whittaker
KEVIN WHITTAKER
Attorneys for Defendant
SPLUNK, INC.

Dated: December 20, 2018

RORY C. QUINTANA
Quintana Hanafi, LLP

By: /s/ Rory C. Quintana
Rory C. Quintana
Attorneys for Plaintiff
CHRISTOS TRYFONAS

# **ORDER**

TO ALL PARTIES OF RECORD:

Based on the parties' stipulation, the Court hereby orders the above-entitled case dismissed with prejudice per FRCP 41(A)(2).

IT IS SO ORDERED.

Dated: December 20, 2018

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge

4146-2024-6169.1

STIPULATION FOR DISMISSAL AND ORDER